IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEX H. PIERRE,<br>**Plaintiff,** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPREME COURT OF PENNSYLVANIA,<br>**Defendant.** | : | NO. 17-5327 |

FILED JAN 03 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 3d day of January, 2018, upon consideration of Mr. Pierre's amended motion to proceed *in forma pauperis* (ECF No. 3) and and his *pro se* complaint (ECF No. 1-1), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) & (ii) for the reasons discussed in the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

1/3/18 mail.
Pierre

JOEL H. SLOMSKY, J.